# United States Bankruptcy Court
## Eastern District of Michigan

| **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Lifestyle Lift Holding, Inc. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) 20-2659516 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): 110 Kirts, Suite A Troy, MI     ZIP Code 48084 | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business: Oakland | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

## Type of Debtor
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Nature of Business
(Check one box)

■ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

## Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Lifestyle Lift Holding, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br>     Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

    ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

    ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____

         (Name of landlord that obtained judgment)

         _____

         (Address of landlord)

    ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Lifestyle Lift Holding, Inc.

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X __/s/ Jeffrey H. Bigelman_____
Signature of Attorney for Debtor(s)

_Jeffrey H. Bigelman P61755_____
Printed Name of Attorney for Debtor(s)

_OSIPOV BIGELMAN, P.C._____
Firm Name

20700 Civic Center Drive, Suite 420
Southfield, MI 48076

_____
Address

                                            Email: yo@osbig.com
_248.663.1800  Fax: 248.663.1801_____
Telephone Number

_March 27, 2015_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ David Kent_____
Signature of Authorized Individual

_David Kent_____
Printed Name of Authorized Individual

_President_____
Title of Authorized Individual

_March 27, 2015_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

Agnello, Frank
c/o Kenneth Sacks
665 5th Avenue, #10
New York, NY 10022


Ana Vargas
c/o Hogan Frick
5626 Curry Ford Road
Orlando, FL 32822


Atlanta Surgical Group
700 Galleria Office Pkwy SE
Suite 350
Atlanta, GA 30339


Baltimore Plastic Surgery Group PC
100 Kirts Blvd.
Troy, MI 48084


Barnwell, Mildred
c/o John L. Juliano
39 Doyle Ct.
East Northport, NY 11731


Baton Rouge Surgical, P.A.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Bernalillo Medical Associates
2400 Louisiana Blvd. NE
AFC 5
Suite 540-550
Albuquerque, NM 87110


Beverly Hills Plastic Surgery Center
8484 Wilshire Blvd.
Suite 200
Beverly Hills, CA 90211


Bill Rigsby and Monica Rigsby
c/o Cochran, Cherry, Givens, Smith,
The Candler Building
127 Peachtree Street, NE, Ste 1400
Atlanta, GA 30303

Charleston Medical Operations, Inc.
100 Kirts Blvd.
Troy, MI 48084


Cherry Hills Surgical Professional Assoc
100 Kirts Blvd.
Suite A
Troy, MI 48084


Christopher A. Lodstad
Solomon Grindle Silverman & Wintringer
San Diego, CA 92130


Cincinnati Medical Group Prof. Corp.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Cintas Corporation
P.O. Box 635208
Cincinnati, OH 45263


Citrus State Surgical Assoc. Prof. Corp.
100 Kirts
Suite A
Troy, MI 48084


Cleveland Surgical Associates
6100 Oak Tree Blvd.
Suite 100
Independence, OH 44131


Core Media Systems
695 Route 46 West
Suite 403
Fairfield, NJ 07004


Coronado Surgery Associates
c/o Rio San Diego Plaza II
2275 Bonito Way
Suite 100
San Diego, CA 92108

Daniel Green
c/o Pavich Law Group, PC
20 S. Clark Street, Suite 700
Chicago, IL 60603


Denver Medical Group
2000 South Colorado Blvd.
Suite A150
Denver, CO 80222


Dr. Beverly Prince
c/o Jackson Lewis, P.C.
18 Corporate Woods Blvd., 3rd FL
Albany, NY 12211


East Bay Plastic Surgery Ctr. Prof. Corp
100 Kirts Blvd.
Suite A
Troy, MI 48084


Edward J. Gross, M.D., P.L.
c/o Beytin, McLaughlin, McLaughlin O'Har
Centerpointe Two
220 East Central Parkway, Suite 2040
Altamonte Springs, FL 32701


Elvira Williams c/o
Ben Wells, Esq.
210 E. Third St
Arlington, WA 98223


Euridice Andrade
c/o Collier & Associates
7390 N. W. 5th Street, Suite 10
Fort Lauderdale, FL 33317


Fort Myers Surgical Associates, P.A.
13421 Parker Commons Blvd.
Suite 101
Fort Myers, FL 33912


Franklin Surgical Associates
341 Cool Springs Blvd.
Suite 130
Franklin, TN 37067

Gary Walton Smith
c/o Belli Weil Grozbean & David, LLC
5208 Roswell Road
Atlanta, GA 30342


Golden Gate Surgical
901 Mariners Island Blvd
Suite 170
San Mateo, CA 94404


Graybar Financial Services
22442 Network Place
Chicago, IL 60673


Hanover Insurance Company c/o
James Green, Esq.
950 17th St, Suite 1050
Denver, CO 80202


Indianapolis Surgical Associates, P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Jacksonville Surgical Group, P.A.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Kansas City Surgical Associates LLC
100 Kirts Blvd.
Suite A
Troy, MI 48084


Karen Smith
c/o Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108


Kay Alexander
c/o Bencoe  Lacour Law P.C.
9201 Montgomery Blvd., NE, Ste. 404
Albuquerque, NM 87111

Kotz, Sangster, Wysocki & Berg, P.C.
400 Renaissance Center, Suite 3400
Detroit, MI 48243-1618


Kristen Forbes
c/o Lorona Mead
2111 E. Highland Ave., Suite 431
Phoenix, AZ 85016


Las Vegas Surgical Associates
11411 Southern Highlands Pkwy
Suite 180
Las Vegas, NV 89141


Laura Loffredo
c/o Martino & Tramontozzi
616 Main Street
Melrose, MA 02176


Lenovo Financial Services
25578 Network Place
Chicago, IL 60673


Lifestyle Jacksonville Surgical Goup
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift Florida East, P.A.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift Medical Northeast P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift NC, P.C.
13620 Reese Blvd.
#110
Huntersville, NC 28078

Lifestyle Lift South, P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Lifestyle Lift West, P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


Linda Medford
c/o Craig J. Jensen
7260 Jerusalem Road
Edwardsville, IL 62025


Little Falls Surgical
150 Clove Rd.
Lobby Level
Little Falls, NJ 07424


LL FL
1715 N Westshore Blvd
Suite 190
Tampa, FL 33607


LL FL West
6600 North Andrews Ave.
Suite 555
Fort Lauderdale, FL 33309


LL IL
1100 E Woodfield Rd.
Suite 140
Schaumburg, IL 60173


LL MA East
271 Waverly Oaks Rd.
Suite 101
Waltham, MA 02452


LL MO East
8301 Maryland Ave.
Suite 300
Clayton, MO 63105

LL NYC Medical
635 Madison Ave.
18th Floor
New York, NY 10022


LL TX East
1800 St. James Place
Suite 150
Houston, TX 77056


LL TX West
5005 LBJ Freeway
Suite 170
Dallas, TX 75244


Marianne Jones c/o
Eric Morrison, Esq
49 West 38th St
15th Floor
New York, NY 10018


Mark A. Morrow
Morrow Milberg & Wolfe
499 N.W. 70th Avenue, Ste. 108
Fort Lauderdale, FL 33317


Mark Mitchell c/o
Peter Alter, Esq
27777 Franklin Rd, Suite 2500
Southfield, MI 48034


Marshall, Marisela
c/o Martin Kaufman
2300 Westwood Blvd., #200
Los Angeles, CA 90064


Martin, Gary
c/o Su Barry
350 10th Avenue, Suite 880
San Diego, CA 92101


Memphis Surgical Group P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084

Microsoft Licensing, GP
P.O. Box 73843
Cleveland, OH 44193


Minnesota Surgical Group, P.C.
100 Kirts Blvd.
Suite A
Troy, MI 48084


New Gen Medical Services PC
100 Kirts Blvd
Suite A
Troy, MI 48084


Norma Arrendondo et al
c/o Tyler Scheuerman
322 W. Woodlawn Avenue
San Antonio, TX 78212


Orlando Surgical Associates
151 Southhall Lane
Suite 325
Maitland, FL 32751


Paramount Financial Services
PO Box 3704
Seattle, WA 98124


Phoenix Surgical Group
2201 East Camelback Rd.
Suite 101A
Phoenix, AZ 85016


Rafferty, Susan
c/o Allan Tabor
11 Embarcadero West #130
Oakland, CA 94607


Sacramento Plastic Surgery Center
100 Kirts Blvd.
Suite A
Troy, MI 48084

San Antonio Surgical Group, PLLC
100 Kirts Blvd.
Suite A
Troy, MI 48084


Sandra Honeycutt
c/o Madelbaum & Fitzsimmons & Hewitt, PC
P.O. Box 3373
Tampa, FL 33601


Santa Ana Surgical Center
4 Hutton Centre Drive
Suite 350
Santa Ana, CA 92707


Sharon Gruber
c/o Diez-Arguelles & Tejedor, P.A.
505 N. Mills Avenue
Orlando, FL 32803


Smith, Karen
c/o Andrew Meyer
100 City Hall Plaza
Boston, MA 02108


St. Clair Medical
PO Box 610127
Port Huron, MI 48061-0127


Stephen Pyles
c/o Troutman, Williams, Irvin, Green, He
Polich & Hemphill, P.A.
311 West Fairbanks Avenue
Winter Park, FL 32789


Terry Mancher c/o
James Ross, Esq
16 Court St, 25th Floord
Brooklyn, NY 11241


TIP Capital
40950 Woodward Avenue, Suite 201
Bloomfield Hills, MI 48304

Wells Fargo
PO Box 6426
Carol Stream, IL 60197


Willie Johnson
c/o Malove Henratty, P.A.
14 Rose Drive
Fort Lauderdale, FL 33316