B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Michigan

In re    Lifestyle Lift Holding, Inc.                              Case No.
                                    Debtor(s)                      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Agnello, Frank<br>c/o Kenneth Sacks<br>665 5th Avenue, #10<br>New York, NY 10022 | Agnello, Frank<br>c/o Kenneth Sacks<br>665 5th Avenue, #10<br>New York, NY 10022 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Ana Vargas<br>c/o Hogan Frick<br>5626 Curry Ford Road<br>Orlando, FL 32822 | Ana Vargas<br>c/o Hogan Frick<br>5626 Curry Ford Road<br>Orlando, FL 32822 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Barnwell, Mildred<br>c/o John L. Juliano<br>39 Doyle Ct.<br>East Northport, NY 11731 | Barnwell, Mildred<br>c/o John L. Juliano<br>39 Doyle Ct.<br>East Northport, NY 11731 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Bill Rigsby and Monica Rigsby<br>c/o Cochran, Cherry, Givens, Smith,<br>The Candler Building<br>127 Peachtree Street, NE, Ste 1400<br>Atlanta, GA 30303 | Bill Rigsby and Monica Rigsby<br>c/o Cochran, Cherry, Givens, Smith,<br>The Candler Building<br>Atlanta, GA 30303 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Christopher A. Lodstad<br>Solomon Grindle Silverman & Wintringer<br>San Diego, CA 92130 | Christopher A. Lodstad<br>Solomon Grindle Silverman & Wintringer<br>San Diego, CA 92130 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Daniel Green<br>c/o Pavich Law Group, PC<br>20 S. Clark Street, Suite 700<br>Chicago, IL 60603 | Daniel Green<br>c/o Pavich Law Group, PC<br>20 S. Clark Street, Suite 700<br>Chicago, IL 60603 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Dr. Beverly Prince<br>c/o Jackson Lewis, P.C.<br>18 Corporate Woods Blvd., 3rd FL<br>Albany, NY 12211 | Dr. Beverly Prince<br>c/o Jackson Lewis, P.C.<br>18 Corporate Woods Blvd., 3rd FL<br>Albany, NY 12211 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Edward J. Gross, M.D., P.L. c/o Beytin, McLaughlin, McLaughlin O'Har Centerpointe Two 220 East Central Parkway, Suite 2040 Altamonte Springs, FL 32701 | Edward J. Gross, M.D., P.L. c/o Beytin, McLaughlin, McLaughlin O'Har Centerpointe Two 220 East Central Parkway, Suite 2040 Altamonte Springs, FL 32701 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |
| Elvira Williams c/o Ben Wells, Esq. 210 E. Third St Arlington, WA 98223 | Elvira Williams c/o Ben Wells, Esq. 210 E. Third St Arlington, WA 98223 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |
| Euridice Andrade c/o Collier & Associates 7390 N. W. 5th Street, Suite 10 Fort Lauderdale, FL 33317 | Euridice Andrade c/o Collier & Associates 7390 N. W. 5th Street, Suite 10 Fort Lauderdale, FL 33317 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |
| Gary Walton Smith c/o Belli Weil Grozbean & David, LLC 5208 Roswell Road Atlanta, GA 30342 | Gary Walton Smith c/o Belli Weil Grozbean & David, LLC 5208 Roswell Road Atlanta, GA 30342 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |
| Hanover Insurance Company c/o James Green, Esq. 950 17th St, Suite 1050 Denver, CO 80202 | Hanover Insurance Company c/o James Green, Esq. 950 17th St, Suite 1050 Denver, CO 80202 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |
| Karen Smith c/o Lubin & Meyer, P.C. 100 City Hall Plaza Boston, MA 02108 | Karen Smith c/o Lubin & Meyer, P.C. 100 City Hall Plaza Boston, MA 02108 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |
| Kay Alexander c/o Bencoe Lacour Law P.C. 9201 Montgomery Blvd., NE, Ste. 404 Albuquerque, NM 87111 | Kay Alexander c/o Bencoe Lacour Law P.C. 9201 Montgomery Blvd., NE, Ste. 404 Albuquerque, NM 87111 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |
| Kotz, Sangster, Wysocki & Berg, P.C. 400 Renaissance Center, Suite 3400 Detroit, MI 48243-1618 | Kotz, Sangster, Wysocki & Berg, P.C. 400 Renaissance Center, Suite 3400 Detroit, MI 48243-1618 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |
| Kristen Forbes c/o Lorona Mead 2111 E. Highland Ave., Suite 431 Phoenix, AZ 85016 | Kristen Forbes c/o Lorona Mead 2111 E. Highland Ave., Suite 431 Phoenix, AZ 85016 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |
| Laura Loffredo c/o Martino & Tramontozzi 616 Main Street Melrose, MA 02176 | Laura Loffredo c/o Martino & Tramontozzi 616 Main Street Melrose, MA 02176 | Pending Litigation | Contingent Unliquidated Disputed | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  Lifestyle Lift Holding, Inc.          Case No. _____
        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Linda Medford<br>c/o Craig J. Jensen<br>7260 Jerusalem Road<br>Edwardsville, IL 62025 | Linda Medford<br>c/o Craig J. Jensen<br>7260 Jerusalem Road<br>Edwardsville, IL 62025 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Marianne Jones c/o<br>Eric Morrison, Esq<br>49 West 38th St<br>15th Floor<br>New York, NY 10018 | Marianne Jones c/o<br>Eric Morrison, Esq<br>49 West 38th St<br>New York, NY 10018 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Mark Mitchell c/o<br>Peter Alter, Esq<br>27777 Franklin Rd, Suite 2500<br>Southfield, MI 48034 | Mark Mitchell c/o<br>Peter Alter, Esq<br>27777 Franklin Rd, Suite 2500<br>Southfield, MI 48034 | Judgment Creditor | Contingent<br>Unliquidated<br>Disputed | 5,500,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 27, 2015        Signature  /s/ David Kent
                                                             David Kent
                                                             President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.