UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Lifestyle Lift Holding, Inc.

Case No. 15-44839-MLO
Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Two Thousand Seven Hundred Ninety-four and 97/100 dollars ($2,794.97) of unclaimed funds held in the U.S. Treasury to:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

Date: 7/24/20

Maria L. Oxholm
US Bankruptcy Court Judge